UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE

Case No.   3:19-CR-206       Date:  April 14, 2022

United States of America     vs.     Jason William Graves

**PROCEEDINGS:**  Sentencing Hearing.

---

HONORABLE THOMAS A. VARLAN, UNITED STATES DISTRICT JUDGE

---

| Julie Norwood | Kara Nagorny | Kharmon Anderson |
|---|---|---|
| **Deputy Clerk** | **Court Reporter** | **Probation Officer** |

LaToyia Carpenter                                         Benjamin Sharp
**Asst. U.S. Attorney**                          **Attorney for Defendant**

**JUDGMENT OF THE COURT:**

- 130 months Imprisonment as to each of Counts Two and Four to run concurrently.  36 months of this sentence shall be served concurrently with the sentence the defendant is serving in United States District Court for the Eastern District of Kentucky, Docket Number 3:19CR00049.
- The remaining counts as to this defendant are dismissed upon motion of the government.
- Followed by 3 Years Supervised Release
- Special Assessment in the amount of $200.00.  $15,667.76 Restitution.  The Court finds that the defendant does not have the ability to pay a fine and therefore will waive the fine
- The court recommends that the defendant receive 500 hours of substance abuse treatment from the Bureau of Prisons' Institution Residential Drug Abuse Treatment Program and a mental health evaluation and any treatment deemed appropriate.  It is further recommended that the defendant be designated to Terra Haute.
- Defendant to remain in the custody of the United States Marshal

10:00 a.m. to 10:30 a.m.